Elida RAMIREZ–PINEDA, Petitioner,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 14–71256

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Submitted September 13, 2016 *

Filed September 19, 2016

Joshua Effron, Immigrant Rep, Inc., Rolling Hills Estates, CA.

Allison Frayer, Sara Bayram, OIL, Washington, DC, Chief Counsel ICE, San Francisco, CA.

Before: HAWKINS, N.R. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

Elida Ramirez–Pineda, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's order denying her motion to reopen removal proceedings conducted in absentia. We deny in part and dismiss in part the petition for review.

In her opening brief, Ramirez–Pineda fails to address, and therefore has waived any challenge to, the agency's grounds for denying her motion to reopen. *See Lopez–Vasquez v. Holder*, 706 F.3d 1072, 1079–80 (9th Cir. 2013) (a petitioner waives an issue by failing to raise it in the opening brief).

We lack jurisdiction to consider Ramirez–Pineda's unexhausted contentions regarding due process and eligibility for cancellation of removal. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) (the court lacks jurisdiction to consider legal claims not presented in an alien's administrative proceedings before the agency).

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

PETITION FOR REVIEW DENIED in part; DISMISSED in part.